IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LARRY SENTENEY,<br><br>   Petitioner,<br><br>vs.<br><br>SCOTT FRAKES,<br><br>   Respondent. | 8:22CV89<br><br>MEMORANDUM AND ORDER |

  This matter is before the court on Petitioner's Motion for Leave to Proceed in Forma Pauperis ("IFP"). (Filing 7.) Habeas corpus cases attacking the legality of a person's confinement require the payment of a $5.00 fee. 28 U.S.C. § 1914(a). As indicated in the court's records, Petitioner paid the $5.00 fee on March 28, 2022. Accordingly,

  IT IS ORDERED that Petitioner's Motion for Leave to Proceed IFP (filing 7) is denied as moot. The next step in this case is for the court to conduct a preliminary review of the habeas corpus petition in accordance with Rule 4 of the Rules Governing Section 2254 cases. The court will conduct this review in its normal course of business.

  Dated this 31st day of March, 2022.

                 BY THE COURT:

                 *Richard G. Kopf*
                 Richard G. Kopf
                 Senior United States District Judge